

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 19, 2025

**By ECF and Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Derrick Ensley*, 16 Cr. 666 (KMK)

Dear Judge Karas:

    The Government writes on behalf of the parties who jointly request respectfully that the Court adjourn the upcoming appearance in the above-captioned matter, currently scheduled for Thursday, November 20, 2025, to January 6, 2025 at 10:30 a.m. to allow the parties to pursue a resolution short of a hearing. The parties conferred with the Court's deputy in selecting the requested date and time, and the defense joins in this request.

Respectfully submitted,

Granted.

So Ordered.
*/s/ [signature]*
11/19/25

JAY CLAYTON
United States Attorney

by: _____
Margaret N. Vasu
Assistant United States Attorney
(914) 993-1926

cc:    all counsel [*via* ECF]