# LAW OFFICES OF

# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

February 17, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Derick Ensley,* 16 Cr. 666 (KMK)

Dear Judge Karas,

I represent Mr. Ensley in the above-captioned matter. I respectfully request a 30-day adjournment of VOSR proceeding presently scheduled for February 20, 2026. The government consents to this request. The reason for the adjournment request is that the VOSR arises from a NY state arrest and that case is still pending resolution. I am in contact with Mr. Ensley's NY State counsel and continue to believe that matter should be resolved prior to the violation hearing.

I thank the Court in advance for its consideration of this matter.

Granted.

The conference is adjourned to 4/ 8/ 26, at 12:00

So Ordered

Sincerely,

Daniel A. McGuinness